# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2009

Marilyn Kelly,
Chief Justice

137069

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES LEWIS,
             Petitioner-Appellee,

v

SC: 137069
COA: 261349
State Tenure Comm: 04-000008

BRIDGMAN PUBLIC SCHOOLS,
             Respondent-Appellant.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009

_____
Clerk

p0331